RECEIVED

2011 JUN 22 P 2: 50

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim No. 1:11CR116 |
| | ) | |
| Thomas J. Ernst | ) | |
| | ) | |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 2nd day of August, 2011, then and there to testify on behalf of the United States:

40 sets (80 blanks)

This 22nd day of June, 2011

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: *[signature]*
Charles Connolly
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America )
v. )
THOMAS J. ERNST ) Case No. 1:11CR116
)
*Defendant* )

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court 401 Courthouse Square Alexandria, Virginia 22314 | Courtroom No.: Judge Hilton, 8th Floor |
|---|---|---|
| | | Date and Time: August 2, 2011 @ 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 06/22/2011

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America , who requests this subpoena, are:

Charles Connolly, AUSA
Office of the United States Attorney
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700