IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:11 CR 116 |
| | ) | |
| THOMAS J. ERNST | ) | |
| | ) | Honorable Claude M. Hilton |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon Motion of the United States to Dismiss Counts 2 and 4 – 6 of the Indictment in the above-captioned case, it is hereby

ORDERED, that Counts 2, 4, 5 and 6 of the Indictment in the above-captioned case are dismissed as to defendant Thomas Ernst.

/s/
_____
Claude M. Hilton
United States District Judge

Alexandria, Virginia

Date: July 26, 2011