UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

_____

UNITED STATES OF AMERICA,      )
                               )  Case No. 1:11-cr-116
          v.                   )  Alexandria, Virginia
                               )
THOMAS J. ERNST,               )  April 1, 2011
                               )  9:00 a.m.
          Defendant.           )
                               )

_____


TRANSCRIPT OF ARRAIGNMENT

BEFORE THE HONORABLE CLAUDE M. HILTON

UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the United States:      Thomas J. Krepp, Esq.
                            Marla Tusk, Esq.

For the Defendant:          Peter L. Goldman, Esq.
                            Defendant Thomas J. Ernst,
                            in person

 Court Reporter:            Tracy L. Westfall, RPR, CMRS, CCR

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

P R O C E E D I N G S

THE CLERK:  Case No. 11-cr-116, *United States of American v. Thomas Ernst*.

MR. KREPP:  Good morning, Your Honor.  Thomas Krepp and Marla Tusk on behalf of the United States.

MR. GOLDMAN:  Good morning, Your Honor.  Peter Goldman on behalf of Mr. Ernst.

THE COURT:  Mr. Goldman.

MR. GOLDMAN:  We're here for arraignment, Your Honor.

THE COURT:  All right.  You want to arraign the defendant.

You want a formal arraignment?  Have you received a copy of the indictment?

MR. GOLDMAN:  Yes, Your Honor.  At this time we'll waive further reading and enter a plea -- I have reviewed the indictment with my client.  We will waive further reading, enter a plea of not guilty, and request the right to a jury.

I have explained to my client his right, the Speedy Trial Act, and his right to the speedy trial date, I believe, would be some time, I believe, toward the end of May.  With that knowledge in mind, after being fully briefed by me, my client waives his right to a speedy trial.  We will be asking for a trial date, Your Honor, at the end of July or beginning of August.

THE COURT:  Why do you need to set if that far off?

1          MR. GOLDMAN:  Your Honor, it is.  This is a financial

2     fraud, tax fraud case, that's what the allegations are.  The

3     government informs me that there are, as far as discovery goes,

4     there will be an initial round of discovery at their offices,

5     which I've already arranged, but apparently, there are a

6     substantial amount of documents at the IRS offices in Bailey's

7     Crossroads, which it's probably going to require me a few

8     sessions to go out there, review, get those organized, order

9     copies.

10          There's a possibility, Your Honor, in the case that I

11    may apply to the Court for the expert assistance of a forensic

12    accountant or some kind of forensic expert to assist in the

13    defense.  To put it sort of inelegantly, Your Honor, this is not

14    a -- this it not your standard drug conspiracy case.  This is a

15    financial fraud case involving thousands and thousands of

16    documents.

17          Based on my -- based on my schedule, and I think what

18    I've just mentioned, and to zealously represent my client to be

19    sure that we are prepared for trial, I believe we need until the

20    end of July or beginning of August to try this case.

21          THE COURT:  All right.  Well, I'll give you the end of

22    July.  What date you looking at?

23          MR. GOLDMAN:  Your Honor, I believe one of the

24    government attorneys has a trial on July 20th, if I'm correct,

25    for a week.  So assuming -- what was your last name?  I believe

1   Ms. Finley goes to trial on July 20th.  28th, 29th -- Your

2   Honor, I would request the date, if it's available to the Court,

3   of Tuesday, August 2, for this trial.

4         THE COURT:  Is that agreeable with the government?

5         MR. KREPP:  Yes, Your Honor.

6         THE COURT:  All right.  August the 2nd with a jury.

7   File any motions you have to file.  I'll give 30 days for

8   motions.

9         When do you want to argue those?

10        MR. GOLDMAN:  I would say maybe Friday, July 15th, Your

11  Honor.

12        THE COURT:  July 15th for motions, if any, are filed.

13        Has there been a bond set in this case?

14        MR. GOLDMAN:  There has been, Your Honor.

15        THE COURT:  All right.  Bond be continued.

16        MR. GOLDMAN:  Thank you, Your Honor.

17        * * *

18        (Proceedings concluded at 9:06 a.m.)

19

20

21

22

23

24

25

1

<u>CERTIFICATION</u>

2

3          I certify, this 6th day of February 2012, that the

4    foregoing is a correct transcript from the record of proceedings

5    in the above-entitled matter to the best of my ability.

6

7                              /s/
                      _____
8                      Tracy Westfall, RPR, CMRS, CCR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25