THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

```
- - - - - - - - - - - x
                      :
UNITED STATES OF AMERICA,   :
                      :
    -vs-              :   CASE NO. 1:11cr116
                      :
THOMAS J. ERNST,      :
                      :
         Defendant.   :
                      :
- - - - - - - - - - - x
```

          Courtroom 800
          U.S. District Courthouse
          Alexandria, Virginia

          Friday, July 15, 2011

The above-entitled matter came on to be heard before the HONORABLE CLAUDE M. HILTON, Judge, in and for the United States District Court for the Eastern District of Virginia, 401 Courthouse Square, Alexandria, Virginia, beginning at 9:13 o'clock a.m.

    APPEARANCES:

        On Behalf of the United States of America:

            CARYN DEBORAH FINLEY, ESQUIRE
            Assistant United States Attorney

        On Behalf of the Defendant:

            PETER GOLDMAN, ESQUIRE

1    P R O C E E D I N G S

2            THE CLERK:  Criminal Number 2011-116, United
3    States of America versus Thomas Ernst.
4            THE COURT:  Have I already taken care of this
5    motion?
6            MR. GOLDMAN:  I have not, Your Honor, received
7    an order from the Court.  My understanding from speaking
8    with your Law Clerk is that you have tentatively approved
9    it, you've just sent the paperwork down to the Fourth
10   Circuit because of the budget and you're allotting --
11           THE COURT:  Oh, that's right.  I haven't
12   gotten approval.  I have to get approval back from them
13   before I can do anything with this.
14           MR. GOLDMAN:  Yes, sir.
15           THE COURT:  So as soon as it comes back I'll
16   enter the order if they approve it.
17           MR. GOLDMAN:  Okay.
18           THE COURT:  Otherwise I guess we'll have to
19   take whatever they approve.
20           MR. GOLDMAN:  That's right, Your Honor.
21           THE COURT:  All right.
22           MR. GOLDMAN:  I don't think there are any
23   other motions, Your Honor.

1                THE COURT:  Okay.

2                MS. FINLEY:  Good morning, Your Honor.  Caryn

3       Finley on behalf of the United States.  If we could just

4       have a hearing on the 29th, the Friday before the trial.

5       We anticipate there may be some minor evidentiary issues

6       prior to trial that we would like to make sure are

7       resolved.

8                MR. GOLDMAN:  No objection, Your Honor, if the

9       Court feels it's proper.

10               THE COURT:  All right.  Well, send a notice --

11      if you've got any motions, why, send a notice to that

12      date.  Okay?

13               MS. FINLEY:  Thank you, Your Honor.

14               MR. GOLDMAN:  Thank you, Your Honor.

15                          *  *  *  *  *

16               (Whereupon, at approximately 9:14 o'clock

17      a.m., the hearing in the above-entitled matter was

18      concluded.)

* * * * *

CERTIFICATE OF REPORTER

I, ROBERTA F. KERNS, a Certified Verbatim Reporter, do hereby certify that I took the stenographic notes of the foregoing proceedings which I thereafter reduced to typewriting; that the foregoing is a true record of said proceedings; that I am neither counsel for, related to, nor employed by any of the parties to the action in which these proceedings were held; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

_____/s/_____
Roberta F. Kerns, CVR
Certified Verbatim Reporter