UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN VIRGINIA

UNITED STATES

VS.

Cr. Case 1-11 00116 (cmb)

Judge Claude Hilton

THOMAS ERNST

Proposed Order

Upon review of the 4th Circuit's decision dated July 2012 and motion by Defendant, IT IS HERBY ORDERED AND ADJUDGED THAT A NEW COUNSEL and a New CPA are to be appointed by Oct. 31, 2012 to represent and assits this Pro Se and in pauperis Defendant.

_____
Senior Judge Claude Hilton

UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN VIRGINIA

UNITED STATES

VS.

Cr. Case 1-11 00116 (cmh)

Judge Claude Hilton

THOMAS ERNST

Proposed Order

Upon review of the 4th Circuit's decision dated July 2012 and motion by Defendant, IT IS HERBY ORDERED AND ADJUDGED THAT A NEW COUNSEL and a New CPA are to be appointed by Oct. 31, 2012 to represent and assits this Pro Se and in pauperis Defendant.

_____
Senior Judge Claude Hilton